Commonwealth *v.* Williams, Appellant.

Submitted September 15, 1971. *Robert S. Robbins*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted September 13, 1971. *Gilbert E. Toll*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Woodall, Appellant.

Submitted September 13, 1971. *Mary Bell Hammerman*, for appellant; *Steven H. Goldblatt* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant